IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01313-PAB-BNB

SHANE GREGG,

    Plaintiff,

v.

N.A.R. INC.,

    Defendants.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the offer of judgment filed July 12, 2013 and the acceptance thereof filed July 12, 2013, with proof of service, and in accordance with the Federal Rules of Civil Procedure, it is    ORDERED that judgment is hereby entered for Plaintiff Shane Gregg and against Defendant N.A.R., Inc in the amount of $1,001.00.  In addition, Plaintiff's costs and reasonable attorney's fees will be added to the judgment as against Defendant; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.  It is

FURTHER ORDERED, that post-judgment interest shall accrue at the rate of 0.13% from the date of entry of judgment.

DATED at Denver, Colorado this   15th   day of  July, 2013.

                                      JEFFREY P. COLWELL, CLERK

                                      By:   s/ Edward P. Butler
                                            Edward P. Butler, Deputy Clerk