IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-1313-PAB-BNB | Date: | October 3, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| SHANE GREGG | Matthew R. Osborne |
| **Plaintiff(s)** | |
| v. | |
| N.A.R., INC | Steven J. Wienczkowski |
| **Defendant(s)** | |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  3:03 p.m.

Appearance of counsel.

Argument presented on [21] Defendant and Defense Counsel's Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c), or Alternatively to Quash Plaintiff's Subpoena for Defense Counsel's Billing Records.

For reasons stated on the record, it is

**ORDERED:**   **[21] Defendant and Defense Counsel's Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c), or Alternatively to Quash Plaintiff's Subpoena for Defense Counsel's Billing Records is GRANTED.**

Court in Recess:  3:32 p.m.    Hearing concluded.    Total time in Court:  00:29

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119