IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01313-PAB-BNB

SHANE GREGG,

Plaintiff,

v.

N.A.R., INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on **Defendant and Defense Counsel's Motion for Protective Order** [Doc. # 21, filed 9/10/2013] (the "Motion for Protective Order").  I held a hearing on the motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion for Protective Order [Doc. # 21] is GRANTED, and the discovery shall not be had.

Dated October 3, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge